# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB ANDREW BERGERON, <br> Petitioner, <br> v. <br> UNKNOWN STATE AGENTS, <br> Respondents. | **Case No. LA CV 19-05894-VBF-RAO** <br><br> **JUDGMENT** |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Date: July 22, 2019

*Valerie Baker Fairbank*

HON. VALERIE BAKER FAIRBANK
Senior United States District Judge